2009-12849
FILED
February 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002388545

Case 09-12849   Filed 02/04/10   Doc 182

**3**

T. SCOTT BELDEN, CSB NO. 184387
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com

Attorneys for Debtor and Debtor-in-Possession
Alliance Investments Group, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 09-12849-A-11 |
| ALLIANCE INVESTMENTS GROUP LLC, | DC No. KDG-4 |
| Debtor. | Date: January 21, 2010<br>Time: 11:00 a.m.<br>Place: Bankruptcy Court<br>1300 18th Street, Suite A<br>Bakersfield, California<br>Judge: Honorable Whitney Rimel |

**FINDINGS OF FACT IN SUPPORT OF CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION FILED BY DEBTOR**

## I. Introduction[1]

Confirmation of the *Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* filed by ALLIANCE INVESTMENTS GROUP, LLC. ("Debtor"), on August 4, 2009, came on for hearing on January 21, 2010, at 11:00 a.m. after notice to Debtor, the United States Trustee, all creditors and parties requesting special notice. Appearances were as set forth on the record.

The Court reviewed the Plan, the Worksheets for Determining Acceptance of Plan of Reorganization submitted by Debtor, The Memorandum of Points and Authorities in Support of

---

[1] The Capitalized terms herein shall have the same meaning as set forth in the Plan of Reorganization filed on _____ 1, 2010.

)00.DOC                                    1

RECEIVED
February 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002388545

Confirmation of Plan of Reorganization Filed by Debtor ("the Memorandum of Points and Authorities"), the Declaration of Andres Lopez in Support of Confirmation of Plan of Reorganization Filed by Debtor ("the Declaration of Andres Lopez"), The Ballots on Plan of Reorganization filed by Debtor (the "Ballots"), the Opposition to confirmation filed by the Bonkosky Family Revocable Trust, considered the comments made on the record by counsel for Debtor and other counsel, and determined that the modifications agreed to by the parties on the record are reflected in the First Amended Plan of Reorganization filed on February 1, 2010.

After determining that copies of the Plan and the *First Amended Disclosure Statement* approved by the Court had been served on Debtor, the United States Trustee, all creditors, parties in interest, and parties requesting special notice, makes the following findings as more fully described on the record at the hearing held on January 21, 2010:

## II. Findings of Fact and Conclusions of Law

1. Debtor's *First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* filed on February 1, 2009 ("Plan"), complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below;

2. The Plan has been proposed in good faith and not by any means forbidden by law;

3. Any payment made or promised by Debtor or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

4. Each holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan as modified and amended, property of a value, as of the Effective date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim;

5. The Plan has been accepted by at least one class of claims impaired under the Plan excluding insiders of Debtor;

6. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtor except as proposed in the Plan; and

7. All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

8. Notice of the hearing on confirmation of the Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order confirming the Plan.

9. The Court will issue a separate Order confirming the Plan and setting specified deadlines as set forth in the Plan.

**Respectfully Submitted By:**

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ T. Scott Belden
T. SCOTT BELDEN
Attorneys for Debtor and Debtor in Possession
Alliance Investments Group, LLC

Dated:

Feb 04, 2010

United States Bankruptcy Judge

00574324.000.DOC    3